# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LEROY BETANCOURT,** <br> Petitioner, <br> v. <br> ERIC ARNOLD (Warden), <br> Respondent. | No. LA CV 16-07539-VBF-DFM <br> **ORDER** <br> Adopting the Report & Recommendation; <br> Denying the Habeas Corpus Petition; <br> Dismissing the Action With Prejudice; <br> Terminating and Closing Action (JS-6) |

The Magistrate Judge issued a Report and Recommendation ("R&R") on January 30, 2018, and petitioner has not objected within the time allotted by Local Rule 72-3.4. Advisory Committee Notes to Fed. R. Civ. P. 72(b) recommend that when no timely objection is filed, the Court should review the R&R for clear error on the face of the record. On de novo or clear-error review, the Court finds no defect of law, fact, or logic in the R&R. Accordingly:

**The Report and Recommendation [Doc # 14] is ADOPTED.**

**The 28 U.S.C. § 2254 petition for writ of habeas corpus [Doc # 1] is DENIED.**

This action is DISMISSED with prejudice. The case shall be TERMINATED (JS-6).

IT IS SO ORDERED.

Dated: June 1, 2018

                                       *Valerie Baker Fairbank*
                                       Honorable Valerie Baker Fairbank
                                       Senior United States District Judge