# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| **LEROY BETANCOURT,**<br>　　　　　Petitioner,<br>　　v.<br>ERIC ARNOLD (Warden),<br>　　　　　Respondent. | No. LA CV 16-07539-VBF-DFM<br>**FINAL JUDGMENT** |

**Final judgment is hereby entered in favor of respondent and against petitioner Leroy Betancourt.**

Dated: June 1, 2018

　　　　　　　　　　　　　　　　　*Valerie Baker Fairbank*
　　　　　　　　　　　　　　　　　Honorable Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　Senior United States District Judge